# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHARLES GRANT,

    Plaintiff,

v.

ANDREW M. SAUL,
Commissioner of Social Security,
    Defendant.

CIVIL ACTION No. 19-2555

## O R D E R

**AND NOW**, this 27th day of February, 2020, by separate judgment, this case is reversed and remanded for reconsideration by a properly appointed Administrative Law Judge ("ALJ"), pursuant to *Cirko ex rel. Cirko v. Commissioner of Social Security,* 948 F.3d 148 (3d Cir. 2020).

The Clerk of Courts shall mark this case **CLOSED** for all purposes including statistics.

**BY THE COURT:**

    *s/Richard A. Lloret*
**RICHARD A. LLORET**
**U.S. Magistrate Judge**